**George Daniel LAMB, Appellant,**

v.

**TOWER VILLAGE NURSING HOME, INC.; Bethesda General Hospital; Metropolitan Sewer District, Appellees.**

No. 01–2904.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 5, 2001.

Filed Sept. 20, 2001.

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

**460**

PER CURIAM.

George Lamb appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 complaint. We affirm for the reasons stated in the district court's order. *See* 8th Cir. R. 47B.

---

1. The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.